IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KLEIN, MERLE | ) | CASE NO. 07-02435-SPS |
| ROSENFELD, SHELDON | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court
    219 South Dearborn Street, Courtroom 642
    Chicago, IL 60604

    On: **March 18, 2009**      Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts $10,007.26
    Disbursements $0.00
    Net Cash Available for Distribution $10,007.26

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Andrew J. Maxwell, Trustee | $0.00 | $1,750.73 | $0.00 |
| MAXWELL LAW GROUP, LLC, Attorney for Trustee | $0.00 | $3,129.50 | $5.70 |
| CLERK OF THE BANKRUPTCY COURT, court costs | $0.00 | $ 0.00 | $260.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $15,319.39 must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 33.43%. Allowed secured claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008B | INTERNAL REVENUE SERVICE | $15,319.39 | $4,861.33 |

7. After the payment of administrative and secured claims listed above as may be allowed by the Court, there will be no funds available for payment of priority claims totaling $23,200.62. The priority dividend is anticipated to be 0.00%. Allowed priority claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008C | INTERNAL REVENUE SERVICE | $23,200.62 | $0.00 |

8. After the payment of administrative and secured claims listed above as may be allowed by the Court, there will be no funds available for payment of general unsecured claims. Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DHL EXPRESS USA INC | $4,960.33 | $0.00 |
| 000002 | DAVID J. AXELROD & ASSOCIATES | $614.04 | $0.00 |
| 000003 | LVNV FUNDING LLC ITS SUCCESSORS AND | $3,122.59 | $0.00 |
| 000004 | LVNV FUNDING LLC ITS SUCCESSORS AND | $6,411.00 | $0.00 |
| 000005 | PARSINEN KAPLAN ROSBERG & GOTLIEB | $11,951.00 | $0.00 |
| 000006 | ECAST SETTLEMENT CORPORATION ASSIGN | $1,636.17 | $0.00 |
| 000007 | LEVIN & SCHREDER | $80,387.30 | $0.00 |
| 000008A | INTERNAL REVENUE SERVICE | $600.54 | $0.00 |
| 000009 | QWEST COMMUNICATIONS CORP | $495.40 | $0.00 |
| 000010 | JEFFREY GROSSMAN | $183,845.08 | $0.00 |
| 000011 | MICK GROSSMAN | $183,845.08 | $0.00 |
| 000012 | DEBRA SHAPIRO | $183,845.08 | $0.00 |
| 000013 | HUBBARD STREET LLC | $139,952.83 | $0.00 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor,

Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtors have been discharged.
12. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| 1749 N. WELLS ST., UNIT 813 CHICAGO, IL 60614-5825 | $480,000.00 |
| FURNITURE, APPLICANCES, HOUSEHOLD GOODS, LAPTOP | $900.00 |
| TAX REFUND | $0.00 |
| M. KLEIN AUCTIONS HAS CLAIM AGAINST ARTHUR BROWN F | $0.00 |

Dated: **February 5, 2009**                                  For the Court,

                                                     By:   **KENNETH S. GARDNER**
                                                            Kenneth S. Gardner
                                                            Clerk of the U.S. Bankruptcy Court
                                                            219 S. Dearborn Street; 7th Floor
                                                            Chicago, IL 60604

Trustee:     Andrew J. Maxwell
Address:     105 W. Adams
             Suite 3200
             Chicago, IL  60603
Phone No.:   (312) 368-1138