IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KLEIN, MERLE | ) | CASE NO. 07-02435-SPS |
| ROSENFELD, SHELDON | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court
           219 South Dearborn Street, Courtroom 642
           Chicago, IL 60604

    On: **March 18, 2009**       Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                   $10,007.26
    Disbursements                                                                              $0.00
    Net Cash Available for Distribution                                                        $10,007.26

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Andrew J. Maxwell, Trustee | $0.00 | $1,750.73 | $0.00 |
| MAXWELL LAW GROUP, LLC, Attorney for Trustee | $0.00 | $3,129.50 | $5.70 |
| CLERK OF THE BANKRUPTCY COURT, court costs | $0.00 | $   0.00 | $260.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $15,319.39 must be paid in full for there to be any dividend to general unsecured creditors. The secured dividend is anticipated to be 33.43%. Allowed secured claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008B | INTERNAL REVENUE SERVICE | $15,319.39 | $4,861.33 |

7. After the payment of administrative and secured claims listed above as may be allowed by the Court, there will be no funds available for payment of priority claims totaling $23,200.62. The priority dividend is anticipated to be 0.00%. Allowed priority claims are:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000008C | INTERNAL REVENUE SERVICE | $23,200.62 | $0.00 |

8. After the payment of administrative and secured claims listed above as may be allowed by the Court, there will be no funds available for payment of general unsecured claims. Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DHL EXPRESS USA INC | $4,960.33 | $0.00 |
| 000002 | DAVID J. AXELROD & ASSOCIATES | $614.04 | $0.00 |
| 000003 | LVNV FUNDING LLC ITS SUCCESSORS AND | $3,122.59 | $0.00 |
| 000004 | LVNV FUNDING LLC ITS SUCCESSORS AND | $6,411.00 | $0.00 |
| 000005 | PARSINEN KAPLAN ROSBERG & GOTLIEB | $11,951.00 | $0.00 |
| 000006 | ECAST SETTLEMENT CORPORATION ASSIGN | $1,636.17 | $0.00 |
| 000007 | LEVIN & SCHREDER | $80,387.30 | $0.00 |
| 000008A | INTERNAL REVENUE SERVICE | $600.54 | $0.00 |
| 000009 | QWEST COMMUNICATIONS CORP | $495.40 | $0.00 |
| 000010 | JEFFREY GROSSMAN | $183,845.08 | $0.00 |
| 000011 | MICK GROSSMAN | $183,845.08 | $0.00 |
| 000012 | DEBRA SHAPIRO | $183,845.08 | $0.00 |
| 000013 | HUBBARD STREET LLC | $139,952.83 | $0.00 |

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor,

Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtors have been discharged.
12. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report, including but not limited to the following property at the hearing:

| Name of Property | |
|---|---|
| 1749 N. WELLS ST., UNIT 813 CHICAGO, IL 60614-5825 | $480,000.00 |
| FURNITURE, APPLICANCES, HOUSEHOLD GOODS, LAPTOP | $900.00 |
| TAX REFUND | $0.00 |
| M. KLEIN AUCTIONS HAS CLAIM AGAINST ARTHUR BROWN F | $0.00 |

Dated: **February 5, 2009**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Andrew J. Maxwell
Address: 105 W. Adams
Suite 3200
Chicago, IL 60603
Phone No.: (312) 368-1138

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Feb 05, 2009
Case: 07-02435                 Form ID: pdf002              Total Served: 76

The following entities were served by first class mail on Feb 07, 2009.
db           +Merle Klein,   1749 N. Wells Street, Unit 813,   Chicago, IL 60614-5825
jdb          +Sheldon Rosenfeld,   1749 N. Wells Street, Unit 813,   Chicago, IL 60614-5825
aty          +Mark E Leipold,   Gould & Ratner,   222 N LaSalle Street,   Chicago, IL 60601-1086
tr           +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
11173643     +2144 Wood Street, LLC,   c/o Kluever & Platt, LLC,   65 East Wacker Place, Suite 1700,
               Chicago, IL 60601-7248
11173644     +ACK Software LLC (d/b/a Artfact),   255 Washington Street, Ste 150,   Newton, MA 02458-1649
11173650     +AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11173645     +Action Card/bank First,   245 Perimeter Center Pkw,   Atlanta, GA 30346-2305
11173646      Alan Mogilner,   12219 Latham Terrace,   Huntley, IL 60142-7882
11173647     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
11173649      ArtNet.com,   61 Broadway, 23rd Floor,   New York, NY 10006-2701
11173648     +Arthur V. Brown, II,   c/o D Thorne, Barnes & Thornburg,   1 North Wacker Dr.,
               Chicago, IL 60606-2807
11173651     +Baron Coll,   155 Revere Dr Suite 9,   Northbrook, IL 60062-1558
11173652     +Bk Of Amer,   475 Crosspoint Pkwy,   Getzville, NY 14068-1609
11173653    ++++CALVARY PORTFOLIO/COLLECTION,   7 SKYLINE DR STE 350,   HAWTHORNE NY  10532-2162
              (address filed with court: Calvary Portfolio/collection,   7 Skyline Drive 3rd Floor,
               Hawthorne, NY 10532)
11173654     +Cap One Bk,   Po Box 85520,   Richmond, VA 23285-5520
11173655     +Capital 1 Bk,   11013 W Broad St,   Glen Allen, VA 23060-5937
11173656     +Cavalry Portfolio Services, LLC,   P.O. Box 27288,   Tempe, AZ 85285-7288
11173657     +Chase M Mtg,   1775 Sherman St,   Denver, CO 80203-1100
11173658     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
11173659      Citi Advantage / CitiCards,   P.O. Box 688917,   Des Moines, IA 50368-8917
11173660     +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
11173661     +Countrywide Home Lending,   450 American St Credit Reporting S,   Simi Valley, CA 93065-6285
11173664     +DHL Express USA Inc,   Legal Dept,   P O Box 670227,   HOuston TX 77267-0227
11173662     +David J. Axelrod & Associates,   1448 Old Skokie Road,   Highland Park, IL 60035-3040
11173663     +Debra Shapiro,   c/o Mark Broaddus Chuhack & Tecson,   30 S. Wacker Drive,
               Chicago, IL 60606-7413
11173665     +Drs. Dennis Miller & C. Floro,   707 Lake Cook Rd.,   Suite 314,   Deerfield, IL 60015-4933
11173666     +Estate of Marion M. O’Rourke,   c/o O’Rourke, Katten, Moody,   161 North Clark Street, Ste 2230,
               Chicago, IL 60601-3329
11173667     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
11173668     +Home Depot/CitiCard,   Attn: Operations,   P.O. Box 689122,   Des Moines, IA 50368-9122
11173669     +Hsbc Nv,   Pob 19360,   Portland, OR 97280-0360
11173670     +Hubbard Street LLC,   c/o Laser Pokorny Schwartz, etc.,   6 W. Hubbard Street, 8th Floor,
               Chicago, IL 60654-4636
11173671    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,   Centralized Insolvency Operation,
               Post Office Box 21126,   Philadelphia, PA 19114)
11173672     +Jane Alofs/Koenig & Strey,   1800 N. Clybourn,   Chicago, IL 60614-4939
11173673     +Jeanne I. Kim, M.D.,   201 E. Huron,   Suite 11-200 Galter Pav.,   Chicago, IL 60611-3197
11173674     +Jeffrey Grossman,   c/o Mark Broaddus Chuhack & Tecson,   30 S. Wacker Drive,
               Chicago, IL 60606-7413
11173675     +Judy Pinsky,   1212 Carol Lane,   Glencoe, IL 60022-1105
11173676     +Keynote Consulting,   220 W Campus Dr Ste 102,   Arlington Heights, IL 60004-1498
11173677     +Levin & Schreder,   120 North LaSalle Street,   38th Floor,   Chicago, IL 60602-2417
11173678     +Live Auctioneers, LLC,   220 12th Avenue, 2nd Floor,   New York, NY 10001-1011
11173679      M. Klein Auctions, LLC,   c/o 1749 North Wells Street,   Unit 813,   Chicago, IL 60614
11173682     +MB Financial Bank, N.A.,   c/o Edward P. Freud,   222 N. LaSalle St., Ste 700,
               Chicago, IL 60601-1024
11173680     +Mark Shale,   401 Hackensack Ave,   Hackensack, NJ 07601-6411
11173681     +Marshall Fields,   111 Boulder Industrial D,   Bridgeton, MO 63044-1241
11173683     +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
11173684     +Mellon Financial Svc,   1775 Sherman St,   Denver, CO 80203-1100
11173685     +Mick Grossman,   c/o Mark Broaddus Chuhack & Tecson,   30 S. Wacker Drive,
               Chicago, IL 60606-7413
11173686     +N Comun Stbk,   3639 N Broadway,   Chicago, IL 60613-4421
11173687     +National Processing Mangmnt Group,   2398 E Camelback Rd,   Ste 850,   Phoenix, AZ 85016-9007
11173688     +Nbgl-carsons,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
11173689     +Northwestern Medical Faculty Founda,   38693 Eagle Way,   Chicago, IL 60678-0001
11173690     +Northwestern Memorial Hospital,   P.O. Box 73690,   Chicago, IL 60673-0001
11173691      Orchard Bank Visa,   P.O. Box 17051,   Baltimore, MD 21297-1051
11173692      Oxford Management Services,   CS 9018,   Melville, NY 11747
11173693     +Parsinen Kaplan Rosberg & Gotlieb,   100 South Fifth Street, Suite 1100,
               Minneapolis, MN 55402-1298
11173694     +Progressive Financial Services,   1919 W. Fairmont - Suite 8,   Tempe, AZ 85282-3194
11173695     +Providian,   4940 Johnson Dr,   Pleasanton, CA 94588-3308
11173696      Providian / Washington Mutual,   P.O. Box 660487,   Dallas, TX 75266-0487
11173697     +Purchase Power, Attn: D. Moore,   c/o LTD Financial Services, LP,   7322 Southwest Freeway, #1600,
               Houston, TX 77074-2053
11173699     +RGS Collections, Inc.,   3333 Earhart Drive, Suite 150,   Carrollton, TX 75006-5152
11173700     +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
11173701     +Sherwin Real Estate,   c/o Schiller, Klein & McElroy, P.C.,   33 North Dearborn, Suite 1030,
               Chicago, IL 60602-3953
11173703     +St Pal Fd Bk,   5440 N Cumberland,   Chicago, IL 60656-1490
11173704     +Thomas Smicklas, Executor,   c/o Paul E. Lamphier,   568 Spring Road #B,
               Elmhurst, IL 60126-3896
11173705     +Trojan Professional Se,   4410 Cerritos Ave,   Los Alamitos, CA 90720-2549
```

```
District/off: 0752-1              User: amcc7                  Page 2 of 2                    Date Rcvd: Feb 05, 2009
Case: 07-02435                    Form ID: pdf002              Total Served: 76

11173712     +WFMT,    5400 N. St. Louis Avenue,    Chicago, IL 60625-4623
11173707     +Wash Mutual/providian,    Po Box 660509,    Dallas, TX 75266-0509
11173708     +Washmtl/prov,    Pob 660509,    Dallas, TX 75266-0509
11173709     +Wells Fargo,    P.O. Box 10335,    Des Moines, IA 50306-0335
11173710     +Wells Fargo Home Mortg,    625 Maryville Centre Dr,    Saint Louis, MO 63141-5834
11173711      West Asset Management, Inc.,    P.O. Box 611372715,    Atlanta, GA 31139-1747
12557488      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Feb 05, 2009.
12520053      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12520060      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11173698     +E-mail/Text: bklaw@qwest.com                            Qwest Communications Corp,    Attn Jane Frey,
               1801 California St Rm 900,    Denver Co 80202-2609
11173706     +Fax: 866-419-3894 Feb 06 2009 08:44:11     U.S. Cellular,    P.O. Box 0203,
               Palatine, IL 60055-0001
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11173702      Sherwin Real Estate, Inc.
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2009**              **Signature:** _Joseph Speetjens_