IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KLEIN, MERLE | ) | CASE NO. 07-02435-SPS |
| ROSENFELD, SHELDON | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER ALLOWING ATTORNEY COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

Attorney for the Trustee
a. Compensation       ~~$3,129.50~~  2,440.00 *
b. Expenses           $5.70
TOTAL                 ~~$3,135.20~~  2445.70

\* The amount requested is reduced per footnote 2 in the fee application to reflect the

IT IS FURTHER ORDERED that the trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court. Any interim allowance of fees and costs is hereby confirmed as final. terms of the order dated 12/30/08.

DATED this ___19___ day of ___March___, 2009.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE