UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 07-02435 |
| KLEIN, MERLE | § | |
| ROSENFELD, SHELDON | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| **TOTAL SECURED CLAIMS** | | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| CLERK OF BANKRUPTCY COURT | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID J. AXELROD & ASSOCIATES | | | | | |
| DEBRA SHAPIRO | | | | | |
| DHL EXPRESS USA INC | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| HUBBARD STREET LLC | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| JEFFREY GROSSMAN | | | | | |
| LEVIN & SCHREDER | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| MICK GROSSMAN | | | | | |
| PARSINEN KAPLAN ROSBERG & GOTLIEB | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| QWEST COMMUNICATIONS CORP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |  | |
|---|---|---|---|
| Case No: | 07-02435   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KLEIN, MERLE | Date Filed (f) or Converted (c): | 02/12/07 (f) |
| | ROSENFELD, SHELDON | 341(a) Meeting Date: | 03/12/07 |
| For Period Ending: | 05/13/09 | Claims Bar Date: | 11/03/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1749 N. WELLS ST., UNIT 813 CHICAGO, IL 60614-5825 | 480,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 250.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHASE (CHECKING - MERLE) 10 S DEARBORN CHICAGO, IL | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4. GREAT BANK (CHECKING - SHELDON) 3300 W. DEMPSTER S | 29.00 | 0.00 | | 0.00 | 0.00 |
| 5. MIDAMERICA BANK 300 HOLMES AVENUE CLARENDON HILLS, | 176.90 | 0.00 | | 0.00 | 0.00 |
| 6. LASALLE BANK (SHELDON) 77 SOUTH DEARBORN STREET CH | 150.00 | 0.00 | | 0.00 | 0.00 |
| 7. FURNITURE, APPLICANCES, HOUSEHOLD GOODS, LAPTOP CO | 900.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. CLOTHING | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. JEWELRY | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. BENEFICIARY, TERM LIFE INSURANCE - HUSBAND | 400,000.00 | 0.00 | | 0.00 | 0.00 |
| 11. TAX REFUND | 0.00 | Unknown | DA | 0.00 | 0.00 |
| 12. M. KLEIN AUCTIONS HAS CLAIM AGAINST ARTHUR BROWN F | 0.00 | Unknown | DA | 0.00 | 0.00 |
| 13. 2 DOGS AT RESIDENCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.56 | Unknown |
| 15. INHERIT. (u) | 0.00 | Unknown | | 10,000.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $883,505.90 | $0.00 | | $10,007.56 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISTRIBUTION MADE 3-27-09

TR SZILAGYI RESIGNED

-APP TO EMPLOY ATTYS FOR TRUSTEE FILED

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-02435    SPS    Judge: SUSAN PIERSON SONDERBY | Trustee Name:    ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KLEIN, MERLE | Date Filed (f) or Converted (c):    02/12/07 (f) |
| | ROSENFELD, SHELDON | 341(a) Meeting Date:    03/12/07 |
| | | Claims Bar Date:    11/03/08 |

Initial Projected Date of Final Report (TFR): 12/31/08      Current Projected Date of Final Report (TFR): 03/31/09

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 07-02435 -SPS | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: KLEIN, MERLE | Bank Name: Bank of America, N.A. |
| ROSENFELD, SHELDON | Account Number / CD #: 4429208269 Money Market Account (Interest Earn |
| Taxpayer ID No: *******0341 | |
| For Period Ending: 05/13/09 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/29/08 | 15 | MICHAEL GROSSMAN JT WROS | Rosenfeld Trust Pymt | 1121-000 | 10,000.00 | | 10,000.00 |
| 06/30/08 | 14 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.19 | | 10,001.19 |
| 07/31/08 | 14 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,002.46 |
| 08/29/08 | 14 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.27 | | 10,003.73 |
| 09/30/08 | 14 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.23 | | 10,004.96 |
| 10/31/08 | 14 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.97 | | 10,005.93 |
| 11/28/08 | 14 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.82 | | 10,006.75 |
| 12/31/08 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.51 | | 10,007.26 |
| 01/30/09 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,007.34 |
| 02/27/09 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,007.42 |
| 03/26/09 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 10,007.49 |
| 03/27/09 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 10,007.56 |
| 03/27/09 | | Transfer to Acct #4429208418 | Final Posting Transfer | 9999-000 | | 10,007.56 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 10,007.56 | 10,007.56 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 10,007.56 | |
| Subtotal | | 10,007.56 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 10,007.56 | 0.00 | |

Page Subtotals    10,007.56    10,007.56

Ver: 14.30d

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 07-02435 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | KLEIN, MERLE | Bank Name: | Bank of America, N.A. |
| | ROSENFELD, SHELDON | Account Number / CD #: | 4429208405  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0341 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NO TRANSACTIONS | | | | |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals      0.00        0.00

Ver: 14.30d

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-02435 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | KLEIN, MERLE | Bank Name: | Bank of America, N.A. |
| | ROSENFELD, SHELDON | Account Number / CD #: | 4429208418  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0341 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/27/09 | | Transfer from Acct #4429208269 | Transfer In From MMA Account | 9999-000 | 10,007.56 | | 10,007.56 |
| 03/27/09 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.73 | 8,256.83 |
| 03/27/09 | 001002 | CLERK OF BANKRUPTCY COURT | Clerk of the Courts Costs (includes | 2700-000 | | 260.00 | 7,996.83 |
| 03/27/09 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,440.00 | 5,556.83 |
| 03/27/09 | 001004 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 5.70 | 5,551.13 |
| 03/27/09 | 001005 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 21126<br>Philadelphia, PA 19114 | Claim 000008B, Payment 36.23597% | 4300-000 | | 5,551.13 | 0.00 |

|  | COLUMN TOTALS | 10,007.56 | 10,007.56 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 10,007.56 | 0.00 | |
|  | Subtotal | 0.00 | 10,007.56 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 10,007.56 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - 4429208269 | 10,007.56 | 0.00 | 0.00 |
| Money Market - Interest Bearing - 4429208405 | 0.00 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - 4429208418 | 0.00 | 10,007.56 | 0.00 |
| Page Subtotals | 10,007.56 | 10,007.56 | |

Ver: 14.30d

LFORM24

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-02435 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KLEIN, MERLE | | Bank Name: | Bank of America, N.A. |
| | ROSENFELD, SHELDON | | Account Number / CD #: | 4429208418  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0341 | | | |
| For Period Ending: | 05/13/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 10,007.56 | 10,007.56 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 14.30d

LFORM24
UST Form 101-7-TDR (4/1/2009) *(Page: 12)*